IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| Ohio Farmers Insurance Company, an Ohio Corporation, | ) ) ) |
| Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) ) |
| Graham Construction Services, Inc., a Minnesota corporation, and Central Trenching, Inc., a North Dakota corporation, | ) ) ) ) ) |
| | ) Case No. 4:12-cv-021 |
| Defendants. | ) |

Before the court are Defendant Central Trenching, Inc.'s motions for attorneys Gregory M. Bistram, Paul J. Hemming, and Benjamin E. Gurstelle to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Gregory M. Bistram, Paul J. Hemming, and Benjamin E. Gurstelle have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 3, 4, and 5) are **GRANTED**. Attorneys Gregory M. Bistram, Paul J. Hemming, and Benjamin E. Gurstelle are admitted to practice before this court in the above-entitled action on behalf of Defendant Central Trenching, Inc.

**IT IS SO ORDERED.**

Dated this 8th day of March, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge